UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| WILLIAM WENTWORTH FOSTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:12-CV-00116-JAR |
| ) | |
| GEORGE LOMBARDI, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

The Court is in receipt of a letter from Plaintiff dated June 4, 2013 requesting a copy of Defendants' Motion for Summary Judgment and the docket sheet in this case. [ECF No. 44]

Upon consideration,

**IT IS HEREBY ORDERED** that Plaintiff's request [44] is **GRANTED**. The Clerk of Court shall provide a copy of the docket sheet to Plaintiff as well as a copy of Defendants' Motion for Summary Judgment. (Doc. No. 38)

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE

Dated the 7th day of June, 2013.